# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

## Norfolk Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. 2:14cr88 |
| | ) | |
| v. | ) | |
| | ) | |
| **SHEILA CLARK LEWIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## GOVERNMENT'S MOTION FOR THE ISSUANCE OF AN ARREST WARRANT

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Randy Stoker, Assistant United States Attorney, moves the Court to issue an Arrest Warrant for Sheila Clark Lewis. In support of said motion, the Government states as follows:

1. Defendant Lewis was indicted by a federal grand jury on June 5, 2014. A warrant for her arrest was subsequently issued by this Court.

2. On June 12, 2014, the arrest warrant was returned executed and the Defendant made her initial appearance in federal court in accordance with Rule 5 of the Federal Rules of Criminal Procedure. On June 16, 2014, Lewis was released on a personal recognizance bond and was under pretrial supervision.

3. On September 2, 2014, Defendant Lewis pled guilty to two counts in the indictment.

4. On November 5, 2014, she was arrested by state authorities for probation violations. On November 21, 2014, in Suffolk Circuit Court, she was sentenced to two years in state prison (5 years imprisonment with 3 years suspended).

5. On December 8, 2014, the Defendant was sentenced by this Court for a term of sixty-five (65) months.

6. At the time of sentencing in federal court, the Defendant was serving a state prison sentence, as noted above.

7. On December 10, 2014, a federal Judgment and Conviction detainer was lodged with the Virginia Department of Corrections with a copy provided to Western Tidewater Regional Jail. A confirmed receipt of the Judgment and Conviction detainer was received from Western Tidewater Regional Jail where the Defendant was serving her state sentence.

8. On August 9, 2015, Sheila Clark Lewis was transferred from Western Tidewater Regional Jail to Fluvanna Correctional Center, as state correctional center. However, the federal Judgment and Conviction detainer did not accompany inmate Lewis as per normal procedure.

9. As a result of this oversight, on December 14, 2015, upon completion of her state sentence, Lewis was not detained by state authorities and turned over to the United States Marshals in accordance with the valid Judgment and Conviction detainer. Instead, she was released.

10. On or about February 16, 2016, while conducting routine checks of prisoners on detainer, the U.S. Marshal's Office was informed by state authorities that the Defendant had been released.

11. The Defendant, therefore, has not served her 65-month federal sentence.

Accordingly, the Government moves for the Court to issue an Arrest Warrant for Defendant Sheila Clark Lewis.

        Dana J. Boente
        United States Attorney

By:         /s/
        Randy Stoker
        Assistant United States Attorney
        Virginia State Bar No. 73455
        Attorney for the United States
        United States Attorney's Office
        101 West Main Street, Suite 8000
        Norfolk, VA 23510
        Phone: 757-441-6331
        Fax: 757-441-6689
        Email: randy.stoker@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and caused a true and correct copy to be mailed to the following:

Harry D. Harmon, Jr., Esquire
500 East Plume Street, Suite 105
Norfolk, VA 23510-2317
Telephone No: (757)-623-2353
Facsimile No: (757)-623-2354
Email: harry_harmon@verizon.net

By:     /s/
Randy Stoker
Assistant United States Attorney
Virginia State Bar No. 73455
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Phone: 757-441-6331
Fax: 757-441-6689
Email: randy.stoker@usdoj.gov