**FAILURE TO SET FORTH FACTS AND ARGUMENTS SHOWING THAT YOU MEET THE APPROPRIATE STANDARD WILL SUBJECT YOUR APPEAL TO DISMISSAL WITHOUT FURTHER NOTICE**

You may use Part A of this form to furnish a statement of the case, the issues you intend to raise on appeal, and the reasons your appeal meets the applicable standards. The form is intended to guide you in meeting the above standards. If you need more space to answer, additional pages may be attached. The informaiton you furnish, together with the full record of the proceedings in the district court, will be the basis for this court's decision. You should bear in mind that an appeal is not a retrial, but, rather a review of the district court's judgment and record of proceedings.

## APPLICATION AND/OR MOTION

1. Statement of the Case. (This should be a brief summary of the proceedings in the district court.) Defendant was convicted of  , 18 USC 1349 and was sentenced unjustly, then convicted of 18 USC 1028(a)(1) and was sentenced consecutively to a term that was already in error.

2. Issues to be raised on Appeal. (New issues cannot be raised for the first time on appeal.) 1) Fundamental Defects of Law, 2) Violation of 8th amend Rights & Equal Protection Clause 3) Minor Role Participation 4) Unappropriation of Conduct, The acts thereof and consequences of such.

3. Summary of your argument showing that your Appeal meets the standards stated on Page 1. Incorrect charge sustained as well as amounts of loss as well actual amount of participation, all of which misapplied and misguided sentencing guidelines, amount of sentence imposed.

4. Do you think the district court applied the wrong law? If so, what law do you want applied? Yes. To apply correct sentencing guideline range to substantiate actual conduct as well as the minor role participant.

5. Did the district court incorrectly decide the facts? If so, what facts? Yes, the defendant didn't actually partake in entire scope of conduct for the amount of time of intended loss, nor was the charge² correctly indicated and therefore an incorrect consecutive sentence imposed.

6. Did the district court fail to consider important grounds for relief? If so, what grounds? Yes, the actual participation of the defendant, the "intended" loss, the time frame for such conduct and correct sentence imposed.

7. Do you feel that there are any other reasons why the district's court judgment was wrong? If so, what? Yes, the charge(s) aren't sustainable under act of conduct and as such incorrect guideline was calculated and substantially an incorrect sentenced imposed.

8. What action do you want this court to take in your case? To redress the fundamental defects of law and further validate issues of constitutional magnitude, that were denied to defendant.

9. Were you required to seek and exhaust administrative remedies prior to filing claim in the district court? If yes, what steps did you take to exhaust those remedies? No.

_August 29, 2016_
Date

_Sheila Clark-Lewis 51133-083_
Name, Register #.
Appellant, In Propria Persona
FMC Carswell - Unit
PO Box 27137
Fort Worth, Texas 76127-0137

ATTACHMENTS/
Supporting Certification
Proof of Mailing

3

Name Sheila Clark-Lewis
Reg. No. 51133-083
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
01 SEP 2016 PM 6 L



⇔51133-083⇔
Clerks Office
600 Granby ST
Federal Court House
Norfolk, VA 23510
United States

Legal Mail

23510-199931

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: _____ /Sept/6
The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter
has neither been opened nor inspected. If the writer
raises a question or problem over which this facility
has jurisdiction, you may wish to return the material
for further information or clarification. (4)