UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4560
(2:14-cr-00088-RGD-TEM-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SHEILA CLARK LEWIS

      Defendant - Appellant

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
|---|---|
| Originating Case Number | 2:14-cr-00088-RGD-TEM-2 |
| Date notice of appeal filed in originating court: | 09/06/2016 |
| Appellant (s) | Sheila Clark Lewis |
| Appellate Case Number | 16-4560 |
| Case Manager | Cathi Bennett<br>804-916-2702 |