United States District Court   District **Eastern District of Virginia**
Name (under which you were convicted): **S.Lewis**   Docket or Case No.: **2:14-CR-00088-002**
Place of Confinement: **FMCC**   Prisoner No.: **51133-083**
UNITED STATES OF AMERICA   Movant (include name under which
                                              convicted)

v.

## Sheila Clark Lewis

### MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    Eastern District of Virginia
    600 GRANBY Street
    NORFOLK, VIRGINIA 23510
    (b) Criminal docket or case number (if you know): 2:14-CR-00088-002

2.  (a) Date of the judgment of conviction (if you know): Unknown
    (b) Date of sentencing: 12/8/2014

3.  Length of sentence: 24 Months

4.  Nature of crime (all counts): 18 USC §1028 (a) (1)
    _____
    _____
    _____
    _____
    _____

5.  (a) What was your plea? (Check one)

(1) Not guilty          (2) Guilty X          (3) Nolo contendere (no contest)
(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or

410cr                                    1

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

indictment, what did you plead guilty to and what did you plead not guilty to? <u>Guilty as such to indicated</u>

_____
_____
_____

6.    If you went to trial, what kind of trial did you have? (Check one)   Jury    Judge only

        Not Applicable

7.    Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes    No X

8.    Did you appeal from the judgment of conviction?   Yes    No X

9.    If you did appeal, answer the following:
        (a) Name of court: _____ N/A _____
        (b) Docket or case number (if you know): ____ N/A _____
        (c) Result: ____ N?A _____
        (d) Date of result (if you know): _____ N/A _____
        (e) Citation to the case (if you know): _____ N/A _____
        (f) Grounds raised: N/A _____

        _____
        _____
        _____
        _____
        _____

        (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes  No  X

If "Yes," answer the following:

(1) Docket or case number (if you know). _____ N/A _____

(2) Result: _____ N/A _____

410cr                                          2

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____

(3) Date of result (if you know): _____N/A_____

(4) Citation to the case (if you know): ___N/A_____

(5) Grounds raised: _____N/A_____

_____

_____

_____

_____

_____

_____

10.    Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes  No  X

410cr                                           3

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

11.   If your answer to Question 10 was "Yes," give the following information:
     (a)(1) Name of court: ____N/A_____

(2) Docket or case number (if you know): _____N/A_____

(3) Date of filing (if you know): _____N/A_____

(4) Nature of the proceeding: _____N/A_____

(5) Grounds raised: _____N/A_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes  No  X

410cr                                        4

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(7) Result: _____N/A_____

(8) Date of result (if you know): ____N/A_____
 (b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ____N/A_____

(2) Docket or case number (if you know): _____N/A_____

(3) Date of filing (if you know): _____N/A_____

(4) Nature of the proceeding: _____N/A_____

(5) Grounds raised: _____N/A_____

_____

_____

_____

_____

_____

_____

410cr                                      5

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes No   X

(7) Result:   N/A_____

(8) Date of result (if you know):   N/A_____
 (c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes    No
(2) Second petition:   Yes    No

 (d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
 Such action based upon these grounds just became available and the time restraints have just been "forgiven" since the defendants conviction became final.

12.    For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE:   Violation of Equal Protection Clause

_____

410cr                                6

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
__See Attached__

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

410cr                                        7

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Yes  No  X

(2) If you did not raise this issue in your direct appeal, explain why:  No Direct Appeal Filed

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes  No  X

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:  N/A

Name and location of the court where the motion or petition was filed:  N/A

_____

Docket or case number (if you know):  N/A

Date of the court's decision:  N/A

410cr                                          8

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Result (attach a copy of the court's opinion or order, if available): N/A _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes No X

(4) Did you appeal from the denial of your motion, petition, or application?

Yes No X

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

          Not Applicable

Yes No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

410cr                              9

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Result (attach a copy of the court's opinion or order, if available):  __N/A_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __Such grounds and__ action for time relief just became av-
ailable after defendants conviction became final.

_____

_____

_____

_____

**GROUND TWO:** __Defects of Law__

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
__See Attached____

_____

_____

410cr                                    10

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes  No  X

(2) If you did not raise this issue in your direct appeal, explain why: <u>No Direct Appeal Filed</u>

_____

_____

**(c) Post-Conviction Proceedings:**

410cr                                    11

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes  No   X

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____ N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes  No   X

(4) Did you appeal from the denial of your motion, petition, or application?

410cr                                        12

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Yes No  X

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Not Applicable

Yes No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ___N/A_____

_____

Docket or case number (if you know): N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _Such grounds and_ "forgiveness" of time constraints for filing for such relief just became available after the defendants conviction became final.

_____

410cr                                        13

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

————————————

————————————

————————————

**GROUND THREE:** **Magnitude of Justice**

————————————

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
**See Attached**

————————————

————————————

————————————

————————————

————————————

————————————

————————————

410cr                                        14

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____

_____

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes  No   X

(2) If you did not raise this issue in your direct appeal, explain why:  No Direct Appeal Filed

_____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

~~Yes  No~~   X

(2) If your answer to Question (c)(1) is Yes, state:

Type of motion or petition: _____X_____

410cr                                        15

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Name and location of the court where the motion or petition was filed: ___N/A_____

_____

Docket or case number (if you know): _N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes  No   X

(4) Did you appeal from the denial of your motion, petition, or application?

Yes  No   X

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

       Not Applicable

Yes  No

(6) If your answer to Question (c)(4) is "Yes," state:

410cr                                    16

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Name and location of the court where the appeal was filed: _____N/A_____

_____

Docket or case number (if you know): __N/A_____

Date of the court's decision: N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Such issues and relief of such and the time frame in which to file for such relief has just been amended.

_____

_____

_____

_____

**GROUND FOUR:  Minor Role Participant**

410cr                              17

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
**See Attached**

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

410cr                                    18

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Yes  No   X

(2) If you did not raise this issue in your direct appeal, explain why: No Direct Appeal Filed

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes  No  X

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____ N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

410cr                                   19

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Result (attach a copy of the court's opinion or order, if available): ___N/A_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes  No  X

(4) Did you appeal from the denial of your motion, petition, or application?

Yes  No    X

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Not Applicable
Yes  No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ___N/A_____

_____

Docket or case number (if you know): ___N/A_____

Date of the court's decision: N/A_____

410cr                                    20

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __Such grounds for__ relief just became available and the normal time frame for filing for such ahs just been amended.

_____

_____

_____

_____

13.  Is there any ground in this motion that you have __not__ previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __All of which is__ included herein.

_____

_____

_____

_____

_____

14.  Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes No  X
     If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____ N/A _____

410cr                                          21

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____
_____
_____
_____


15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
   (a) At preliminary hearing: __Harry Harmon____
_____
   (b) At arraignment and plea: _____
_____
   (c) At trial: _____
_____
   (d) At sentencing: _____
_____
   (e) On appeal: _____
_____
   (f) In any post-conviction proceeding: _____
_____
   (g) On appeal from any ruling against you in a post-conviction proceeding:
_____
_____
_____


16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? ⊠Yes  No


17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes  No  X
   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____  .
_____
   (b) Give the date the other sentence was imposed: _____
   (c) Give the length of the other sentence: _____
   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes  No


18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you


410cr                                    22

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion. *

Such recent passing of law has made the grounds for filing for such relief and the normal time frame for such has recently been amended to allow for such.

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Therefore, movant asks that the Court grant the following relief: **1.** To have the Minor Role Participant applied to such in order to have the time in which the defendant is serving adjusted accordingly and to have the correct time calculated correctly and accordingly.

_____

410cr

23

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on
_____8-26-16_____(month, date, year).

Executed (signed) on___8-26-16___ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____

_____

410cr                                           1

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the
restrictions and terms and conditions of the Matthew Bender Master Agreement.

**Ground One: Improper Factor of Consideration**

---

The District Court errors when it gives significant weight to an irrelevant or improper factor. In such case and instance, the court errored when it considered the defendant to be a major role player, leader, or organizer when in fact the defendant was a **Minor Role Participant**. Such error led to a two (2) to a level four (4) enhancement as a result of such judgment and assumption of such role in the criminal act of conduct. U.S. v Fraga, 704 F.3d. 432, 440 (5th Cir. 2013). Due to this unusual sentencing practice, such requires and warrants closer scrutiny and a remand for resentencing under only the proper factor.

**Ground Two: Minor Role Participation- USSG § 3B1.1**

---

The defendant meets the qualifying preset five (5) requirements as set forth in qualifying for such consideration in reduction of sentnece as demonstrated by the following:

1. The degree to which the defendant understood the scope and structure of the criminal activity versus her actual small and minimal knowledge of such due to her small role in which she played in such. Therefore, defendant was only aware of "her" conduct and not aware of the entire scheme as an entirety.

2. The degree to which the defendant participated in the overall planning, or organizing of criminal activity, rather than her individual part that she made the conscious decision to partake in. The defendant did not plan, organize or contribute on a large scale of offering tot he scheme or act of conduct, but rather on a small indispensable scale and level.

3. The degree upon which the defendant exercised decision- making authority or influenced the exercising of any form or type of decision- making authority other than her own decision to committ her **individual** acts upon which she accounts for and is soley responsibile for those acts and those acts alone.

Page Two- Continued

4. The nature and extent of the defendant part-
icipated in the commission of the criminal activity, including acts the
defendant performed and the responsibility and discretion the defendant
displayed in performing those acts.

5. The degree to which the defendant stood to
benefit from the criminal activity. With the exception of her own in-
dividual involvement and the benefit she stood to benefit from that mere
act and that act alone, was conclusive. The defendant didnt stand to
benefit from furtherance of such criminal act of conduct or schmeme of
things involved.

**Ground Three: Substantial Guidelines**

Due to the crime involved of aggravated identity theft in this
case and assuch the defendant was sentencedto a term that ran consecutive
to all other pending charges. According to Title 18 § 3564 (b) it is
steted and refers to the subsection as well as title section of such
criminal procedure law base on the grounds that the Judge has the dis-
cretion to run multiple terms, state charges and such concurrent accord-
ingly to all other sentences and given the overwhelming factor of con-
sideration of the circumstances of the act of conduct in this case. It
should be noted that the medical condition of the defendant be taken
into consideration as such is serious, deteriorating and very ex-
pensive to the tax payers of the state (s) involved. **Schrivo,** 542 U.S.
at 353.
**Ground Four: Violation of Rights**

By the way of the bylaws that are given to a defendant under
the given section, the defendant in such action and by means of filing
of such action has demonstrated that her rights of the defendant have
been violated under the **Equal Protection Clause,** due to the fact that
it reflects disparate treatment in this case and of this defendant in
comparison to other defendant in similar cases and of the same nature

Page Three- Continued

and of the same circumstnaces. Due to this, defendants sentence lacked
any rational basis.

## Ground Five: Issues of great Magnitude

_____

The defendant is such case intends to prove in such submission
of action that not only the sentencing of the defendant in such action
was not only unjustified but also lays out many issues of question that
given the subject of constitution and / or jurisdictional magnitude. U.S.
v Willis, 273 F.3d 592, 595 (5th Cir. 2001).

## Ground Six: Miscarriage of Justice

_____

There are many cases in teh law which inherently results in a
total  miscarriage of justice and this is one of those cases. The def-
endant in such matter will demonstrate many defects of not only the
procedural matters and questions of law but also the matters of which
went unaddressed and undisputed. The motion in presentation will redress
and lay out matters of the fundamental defects that were present in
such case through the prosecution of the defendant. U.S. v Addonizio, 442
U.S. 178, 185 (1979).

Ground Seven: In the monumental case of Gall v U.S. , supra 552 U.S. at
41, 128 S.Ct. at 591, the court of appeals MUST  review ALL sentences
of defendants whether inside, just outside or significantly outside the
guideline range under a deferential abuse-of-discretion standard. Due
to the running of sentence (s) consecutive in these matter, the def-
endant in such manner was denied several rights accordingly.

## Ground Eight: Correction of Substantial Reason

_____

Part of the duties of the Circuit Court exist to correct mis-
takes of again subjective reasoning when they occur. An application of

**Page Four: Continued**

review of sentencing and reasoning is proper regardless whether again
the sentence is inside or below the minimum standards given by the
advisory guidelines according to the crime and defendants criminal
history. U.S. v Cisneros ÷ Gutierrez, 517 F.3d 751, 764 (5th Cir. 2008).
The District Court abuses its discretion to impose the sentence when
it gives the defendant an unreasonable sentence (consecutive) relying
in part on teh courts disagrement with the guidelines, the enhancement
of the act in question without detailed actions of the defendant and the
actual act (s) that can be proven in a court and through such given motion
of present. Rita v. U.S. , 551 U.S.338, 354 (2007).

**Ground Nine: 6th Amendment Violation**

The amount of jail time that the defendant received has 6th amend-
ment significance and should be given consideration of such and allow
for the presentation of the basis and grounds for such evidence to be
presented. Glover v.    U.S., 531 U.S. 198, 203 (2001).

**Ground Ten: 8th Amendment Violation**

8th Amendment rules are procedural even though the ultimate
source is substantive. Beard v. Banks, 542 U.S. 406, 408, 416, 417
(2004).

**Ground Eleven: DeNOVO Review**

U.S. v Conner, 537 F.3d 480, 489 (5th Cir. 2008). The circum-
stances, the presenting evidence and missing elements included in the
case, which are essential for conviction were NOT present as required.
Reasonableness standard of review applies to All cases imposed after
Booker under newly discretionary sentence (s) based upon in part or
in whole of erroneous facts of law and / or conduct. Such action of
the government and the court fails to adequately explain chosen
sentence. Quoted accordingly by means of the case in reference,

**Page Five- Continued**

"we (court of reference and / or appeals review theDistrict Courts interpretation or application of the guidelines DeNOVO Review and its factual finding or lack thereof for clear error".

**Ground Twelve: Hearing Warranted**

---

A hearing MUST be warranted if the motion set forth sets forth specific facts supported by competent evidence raising detailed and controverted issues of fact that if proved at a hearing would entitle the defendant to relief. U.S. v Aiello, 814 F.2d 109, 113-14 (2d Cir. 1987).

**Ground Thirteen : Ruling Warranted**

---

Another monumental case of matter and given of defendants filing of motion (s) is the consideration and demand for a ruling under Gonzalez v Supra, 722 F.3d 118; 130 (2d Cir. 2013), quoting 28 U.S.C. sub 2255 "In ruling on a motion under sub 2255, the District Court is required to hold a hearing unless the motion, and the files and the records of the defendant prosecutorial process of the referred to case conclusively and not subjectively show that the prisoner is entitled to no relief"

**Ground Fourteen  Variance of Circumstances**

---

USSG § 5H1.4 provides the court with the discretion depart-ure of the advisory guideline which guides such sentence due to med-ical circumstances or other compelling matters involving the def-endants sentence, actual acts in question and the circumstances of the scheme of things involved including but not limited to the laws, protection of fundamental rights under the United States Constitution and all other preceeding and present matters of law.

**Page Six- Continued**

In conclusion, the defendant of the court mercifully prays that the court will approve the **Certificate of Relief** in order for the defendant to present evidence or lack thereof that the government as well as the court failed to consider throught the judicial process and through the prosecution of the defendant.  As a result of this,the defendant was denied fundamental rights that can and will be substantiated through such motion.

Thank - You very much for your time and consideration in dealing with and considering the issue of such in order for the government as well as the defendant to be heard in this matter.

Respectfully Submitted,

## CERTIFICATE OF SERVICES

This is to certify that I have served a true and correct copy of the following:

upon the following addresses, by placing same in a sealed envelope, bearing sufficient postage

for the delivery via United States mail Service to: FMC CARSWELL
P.O. BOX 27137
FORT WORTH, TX 76127

which was hand delivered to prison authorities on the grounds of the Federal Medical Center,

Carswell in Fort Worth, Texas on this _26_ day of _August_, _2016_ .

_Sheila Clark-Lewis_

Litigation is deemed FILED at the time it was delivered to prison authorities. See: Houston v. Lack, 10i L.Ed. 2d 245 (1988).

3