FILED: February 13, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4560
(2:14-cr-00088-RGD-TEM-2)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

SHEILA CLARK LEWIS

    Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                    /s/ PATRICIA S. CONNOR, CLERK